IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMANTHA VASICH, RASHAUNDA DOOLEY, ANGELA MINNICK, JANIECE THEEKE, KATRINA BASIC, and JESSICA EVANS individually and on behalf of all others similarly situated, and KIMBERLY BAILEY, HAYLEY STAFEN and JENNIFER ROCCASALVA individually<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CHICAGO, a municipal corporation<br><br>Defendant.<br><br>and | CLASS ACTION<br><br>Case No.: 1:11-cv-04843<br><br>Judge John J. Tharp |
| KATHERINE GODFREY, GAIL MORRIS, TAMALA WATKINS, EVELYN DAVIS, MONICA DENTLY, and CARLA LLOYD individually and on behalf of all others similarly situated, and KIMBERLY BAILEY, MILDRED BROWN, LYNETTE COLLINS, LONETTA CURTIS, ELAINE GARNER, LAURA HENRY, LYNETTE MOORE, ERICA D. SANDERS, ANGELA SMITH, GWEN STEVENSON, YOLANDA WEBB, SHEILA WILLIAMS, DANITA WILLIAMS, and LETREONA WOODS individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CHICAGO, a municipal corporation<br><br>Defendant. | CLASS ACTION<br><br>Case No.: 1:12-cv-08601<br><br>Judge John J. Tharp |

**<u>PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL</u>**

Plaintiffs, by and through their attorneys, pursuant to Local Rule 5.8 and 26.2 and the provisions of the protective order previously entered in the principal case of Vasich vs. City of Chicago, 11 CV 4843 (ECF 30), respectfully request leave to file a copy of Exhibit H through L in support of their motion for class certification under seal.

Plaintiffs have submitted to the court and other parties a complete copy without redactions pursuant to Local Rule 26 subparagraph e.

Dated: February 12, 2012

Respectfully submitted,

/s/ Marni Willenson

MARNI WILLENSON
WILLENSON LAW, LLC
marni@willensonlaw.com
542 S. Dearborn St., Suite 610
Chicago, IL 60605
(312) 546-4910; (312) 261-9977 (Fax)

DAVID BORGEN, CA Bar No. 099354
dborgen@gbdhlegal.com
LIN CHAN, CA Bar No. 255027
lchan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

SUSAN P. MALONE
smalonelaw@sbcglobal.net
20 N. Clark Street, Suite 1725
Chicago, IL 60602
(312) 726-2638

Attorneys for Plaintiffs and the Putative Class