**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Samantha Vasich, et al.

                          Plaintiff,

v.                                                    Case No.: 1:11–cv–04843
                                                      Honorable John J. Tharp Jr.

City Of Chicago

                          Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 6, 2013:

      MINUTE entry before Honorable John J. Tharp, Jr:Defendant's agreed motion to stay discovery and briefing on motion for class certification [121] is granted. No appearance on the motion is required. ENTER AGREED ORDER. (For further details see separate order)Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.