IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| SAMANTHA VASICH, RASHAUNDA DOOLEY, ANGELA MINNICK, JANIECE THEEKE, KATRINA BASIC, and JESSICA EVANS individually and on behalf of all others similarly situated, and KIMBERLY BAILEY, HAYLEY STAFEN and JENNIFER ROCCASALVA individually<br><br>       Plaintiffs,<br><br>vs.<br><br>CITY OF CHICAGO, a municipal corporation<br><br>       Defendant.<br><br>  and | CLASS ACTION<br><br>Case No.: 1:11-cv-04843<br><br>Magistrate Judge Maria Valdez |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs, Counsel for Plaintiffs, and the City of Chicago have executed a proposed

Stipulation and Settlement Agreement ("Stipulation") submitted with this motion and attached

hereto as Exhibit 1. The proposed Settlement identifies a settlement class of:

> All females who passed the 2006 written qualifying exam to become a
> CFD firefighter/EMT, who failed the PAT between December 2007 and
> April 10, 2010, and who were not, prior to July 19, 2011, notified of their
> disqualification as an applicant for a firefighter/EMT position with the
> CFD for a reason other than failure of the PAT or age.

For the reasons set forth in Plaintiffs' separately filed Memorandum of Points and

Authorities and the Declaration of Marni Willenson in Support of Preliminary Approval,

Plaintiffs respectfully request that the Court preliminarily approve the Stipulation, pursuant to

1

Rule 23(e); certify a settlement class pursuant to Rule 23(b)(3); designate Plaintiffs Samantha Vasich, RaShaunda Dooley, Janiece Theeke, Angela Minnick, Jessica Evans and Katrina Basic as Class Representatives; appoint Plaintiffs' counsel as Settlement Class Counsel; approve the proposed notice attached to the Stipulation as Exhibit A; approved the proposed proof of claim and legal notice attached to the Stipulation as Exhibits D and E; and set a fairness hearing pursuant to Rule 23(e)(2).

A proposed Preliminary Approval Order is attached to the Stipulation as Exhibit C and will be submitted in Rich Text Format to Proposed_Order_Valdez@ilnd.uscourts.gov.

Dated:  September 5, 2013

Respectfully submitted,

/s  Marni Willenson

Marni Willenson
marni@willensonlaw.com
WILLENSON LAW, LLC
542 S. Dearborn Street, Suite 610
Chicago, IL  60605
Tel:   (312) 546-4910
Fax:  (312) 261-9977

David Borgen, CA Bar No. 099354
dborgen@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:   (510) 763-9800
Fax:  (510) 835-1417

Susan P. Malone
smalonelaw@sbcglobal.net
20 N. Clark Street, Suite 1725
Chicago, IL  60602
Tel:   (312) 726-2638

Attorneys for Plaintiffs