IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMANTHA VASICH, RASHAUNDA DOOLEY, ANGELA MINNICK, JANIECE THEEKE, KATRINA BASIC, and JESSICA EVANS individually and on behalf of all others similarly situated, and KIMBERLY BAILEY, HAYLEY STAFEN and JENNIFER ROCCASALVA individually<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CHICAGO, a municipal corporation<br><br>Defendant. | CLASS ACTION<br><br>Case No.: 1:11-cv-04843<br><br><br>Magistrate Judge Maria Valdez |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

On September 10, 2013, this Court entered its order granting preliminary approval to the Stipulation and Settlement Agreement, (ECF No. 142-1), entered into by the Plaintiffs, on behalf of themselves and the Settlement Class, and Defendant City of Chicago. ECF No. 148. For the reasons set forth in Plaintiffs' separately filed Memorandum of Points and Authorities, the Declaration of Marni Willenson in Support of Final Approval and the Declaration of Matthew J. McDermott — Settlement Administrator, Plaintiffs respectfully request that the Court grant final approval to the Stipulation and Settlement Agreement and enter the Final Judgment and Order attached hereto as Exhibit 1, including the bracketed language in paragraphs 21 and 26.

An electronic copy of the proposed Final Judgment and Order will be submitted in Rich Text Format to Proposed_Order_Valdez@ilnd.uscourts.gov.

1

Dated:  December 3, 2013

Respectfully submitted,

/s  Marni Willenson

Marni Willenson
marni@willensonlaw.com
WILLENSON LAW, LLC
542 S. Dearborn Street, Suite 610
Chicago, IL  60605
Tel:    (312) 546-4910
Fax:   (312) 261-9977

David Borgen, CA Bar No. 099354
dborgen@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:    (510) 763-9800
Fax:   (510) 835-1417

Susan P. Malone
smalonelaw@sbcglobal.net
20 N. Clark Street, Suite 1725
Chicago, IL  60602
Tel:    (312) 726-2638

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on December 3, 2013 she served a true and correct copy of the foregoing document on all counsel of record via the Court's Electronic Case Filing (ECF) System.

      /s Marni Willenson